ACCEPTED
01-11-01070-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/14/2015 3:29:37 PM
CHRISTOPHER PRINE
CLERK

# BAKER BOTTS L.L.P.

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL  +1 713.229.1234
FAX  +1 713.229.1522
BakerBotts.com

AUSTIN
BEIJING
BRUSSELS
DALLAS
DUBAI
HONG KONG
**HOUSTON**

LONDON
MOSCOW
NEW YORK
PALO ALTO
RIO DE JANEIRO
RIYADH
WASHINGTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/14/2015 3:29:37 PM

CHRISTOPHER A. PRINE
Clerk

Amy Pharr Hefley
TEL  +1 713.229.1270
FAX  +1 713.229.2770
amy.hefley@bakerbotts.com

July 14, 2015

002328.0800

**VIA ELECTRONIC FILING**

Christopher A. Prine
Clerk, First Court of Appeals
First Court of Appeals
301 Fannin Street
Houston TX  77002-2066

> Re: Court of Appeals Number: 01-11-01070-CV; *RSL Funding, LLC vs. Gregory S. Everett, et al.*; In the Court of Appeals for the First Judicial District of Texas at Houston

Dear Mr. Prine:

Enclosed please find a copy of the order from the United States Bankruptcy Court for the Western District of Louisiana lifting the automatic stay to allow the above-referenced appeal to proceed in this Court. Prudential Insurance Company of America respectfully requests that this Court reinstate the appeal, which was stayed due to the bankruptcy proceedings.

Thank you for your attention to this matter.

Very truly yours,

Amy Pharr Hefley

cc: All counsel of record

Active 19765354